# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** | |
| Plaintiff, | Case No. 2:12-cv-110 |
| v. | **PATENT CASE** |
| **LENOVO (UNITED STATES) INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Agreed Motion to Dismiss With Prejudice, Pursuant to Settlement, filed by Plaintiff NovelPoint Security LLC ("NovelPoint") and agreed by Defendant Lenovo (United States) Inc. ("Lenovo"), the Court is of the opinion that such Motion should be **GRANTED**.

It is therefore **ORDERED** that NovelPoint's claims against Defendant Lenovo are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 9th day of August, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE